

# The 2009 Equality Florida Broward Gala

**Sunday, November 15th, 5:00 - 7:00PM**

at the beautiful
**MUSEUM of ART | FORT LAUDERDALE**
NOVA SOUTHEASTERN UNIVERSITY
(1 East Las Olas Blvd)

**PURCHASE TICKETS**

?

Share     retweet

Share / Save

**Opening Weekend for American Chronicles: The Art of Norman Rockwell**





Special Guest

**Alex Sink**
Florida CFO

**2009 GALA SPONSORS**
*YOUR SUPPORT MAKES EVERYTHING WE DO POSSIBLE...*

**Governor's Club**
**$10,000+**

**John Evans**

**B. Rodney White & Michael P. Williams**

**Florida Senate Sponsors**
**$5,000 - $9,999**

**Donald Brust, MD**

**Will Burrington**






Your ticket includes an interactive tour.
Click here for more details about the museum and the exhibit.

**Individual Tickets are $125**
**Sponsorship Opportunities begin at $500**
Click here to see the full benefits of sponsorship

Drinks, delicious hors d'oeuvres, and an exciting program –
including a State of the State Address by our Executive Director,
Nadine Smith and special guest speaker, Florida CFO, Alex Sink

## 2009 Corporate Sponsors

**Presenting**



Philip Dearborn &
Stephen Morrone

Ted Emery

Ron Gofrank

Eric Green

Jim Stepp &
Peter Zimmer

David L. Webb &
Walter Lynn McLaughlin

**Platinum Sponsors**
**$2,500 - $4,999**

Doug Candler

Nancy Goldwin & Carol Moran

J. Heider & Thom Carr

Charles Loring

Greg Moore & Richard Unwin

Mona Pittenger

J. Coleman Prewitt

Dorothy Sander & Lorraine Powers

Richard Schwarz & Tom Massey

Thomas Tabor & Ross Guedry

**Gold Sponsors**
**$1,200 - $2,499**

Robert Avian & Peter Pileski

Vincent Beachley

Jeff Bennett & Mark Elderkin





FRIDAY NOV. 27, 2009

The Leather Masked Ball IV

**Platinum**






**Gold**






RBC Wealth Management

Gary Bitner & Jim LaBrie

Deanna Black

Robin Bodiford

Ron Chapman & H. Crane McCune

Daniel Cotlowitz & Timothy Saltsman

John Crossley & Jim Griffin

Donald Croxton & Douglas Pew

Howard Cunningham & Steven Vianest

Robert DeCamillo & Kenneth Sasser

Tim Elverman & Dennis Miller

Philip Farnsworth & James Gill

Meryl C. Friedman & Mary V. Wheatley

Erich Glasbrenner & Ken Fiegel

Mark Gordon & Aldo Buono

Bob Hansel & Mike Eagle

Paul Jeon & Ryan O'Hara

Nathan Klarfeld & Grover Lawlis

Leonard Kraisel

Adam Kratochwill & Bill Thornton

Ellen Krider

Bernie Langeluttig & Dennis Fitzkee

Thomas Leffler

Saul Magram

Oakland Park Dental  DavidBartonGym

MUSEUM of ART | FORT LAUDERDALE

NOVA SOUTHEASTERN UNIVERSITY



WACHOVIA
A Wells Fargo Company

Brian McNaught & Ray Struble

Stuart Milk

Ed Nicholas & Christopher Griswold

John Olson & Steve Fender

De Palazzo

Joseph Pallant & Andrew Friedman

Paul Palmer & Tony Sandonato

Stratton Pollitzer & Christopher Boykin

Tom Runyan

Anthony Timiraos & Arthur Crispino

Dr. Tom Wade

Lawrence Wald & Scott Belding

Joe Watkins & Ben Carter

Theron Watson & Hank Stembridge

### Your 2009 Steering Committee
Philip Dearborn, Chair
Will Burrington
Thom Leffler
Chuck Loring
De Palazzo, Board of Directors
Tom Runyan, Board of Directors
David L. Webb & Walter Lynn McLaughlin
B. Rodney White & Michael P. Williams

### Your 2009 Gala Host Committee
Mark Adler & Mason Wagoner
Doug Candler
Robert DeCamillo & Kenneth Sasser
John Evans & Steve Wozencraft
Meryl C. Friedman & Mary V. Wheatley
Bob Hansel & Mike Eagle
J. Heider & Thom Carr
Nathan Klarfeld & Grover Lawlis
Adam Kratochwill & Bill Thornton
Greg Moore & Richard Unwin
Carol Moran & Nancy Godwin
Ed Nicholas & Christopher Griswold
J. Coleman Prewitt
Dorothy Sander & Lorraine Powers
Richard Schwarz & Tom Massey
Anthony Timiraos & Arthur Crispino
Dean Trantalis & Richard Smith

### Friend Sponsors
### $500 - $1,199

Allan Barsky & Greg Moore

Michael Baskin

Dr. Marie Bristol-Power

Jerry Butkevich

Bob Corbett

Dominick Destefano & Mark Freeman

Jerry Glatzer & Jarod Titleman

Dr. Robert Graham & Paul Fasana

Phillip Greenberg & Tim Wike

Thomas Hartocollis

The Law Offices of Gregory Kabel

John Leyden & Thomas Valentine

Don Lucas

Kent McIntyre & John Tambasco

Ron Michel & Todd Hoover

Dan Newton & Ron Bates

Allen Peterson & Stephen Draft

Ray Rideout & Michael Cooper

Tony Seguino & Dan Ayers

Jeff Tuckey & Charlie Nicoll

Shelby Winstead & Edwin Foster

# STEVEN FENDER and JOHN OLSON Wedding

Welcome to the wedding page for STEVEN FENDER and JOHN OLSON. Here you will find important wedding related information you need for STEVEN and JOHN.

Wedding Page Powered by:
**WeddingChannel.com**

## Wedding Registries
STEVEN and JOHN are registered at the following retailers:

Bloomingdale's

## Wedding Date
The wedding will take place on November 20, 2010.

**Find Couples' Registries,**
Wedding Websites & Pre-reserved Hotels

First Name
Last Name          [SEARCH]

Wedding Couples Directory: a b c d e f g h i j k l m n o p q r s t u v w x y z

© 1997-2010 WeddingChannel.com

# The Registry at bloomingdales

**John Olson & Steven Fender : gift registry**
Event date: Nov 20, 2010

registry id: 147990
date printed: August 20, 2010

2800001479908

## BARWARE

| item requested | price | requested | still needs | availability |
|---|---|---|---|---|
| Orrefors "Intermezzo" Blue Set of 2 Martini Glasses<br>UPC: 7319672574065 | $110.00 | 6 | 6 | In Stock: usually ships within 3 business days |

## CRYSTAL GIFTWARE

| item requested | price | requested | still needs | availability |
|---|---|---|---|---|
| Orrefors "Regina" Medium Candlesticks, Pair<br>UPC: 7319674536023 | $175.00 | 2 | 2 | In Stock: usually ships within 3 business days |
| Baccarat "Intangible" 3-Cube Candleholder<br>UPC: 736415648864 | $325.00 | 1 | 1 | On order: usually ships within 75 business days |
| Baccarat "Intangible" 2-Cube Candleholder<br>UPC: 736415648888 | $235.00 | 1 | 1 | On order: usually ships within 75 business days |
| William Yeoward Crystal "Fern" Vase, 8"<br>UPC: 5036877016603 | $284.00 | 1 | 1 | On order: usually ships within 68 business days |
| William Yeoward Crystal "Fern" Vase, 10"<br>UPC: 5036877016610 | $378.00 | 1 | 1 | In Stock: usually ships within 3 business days |

# WILLIAMS-SONOMA

# Registry List

**JOHN OLSON and STEVEN FENDER**

Event: Wedding, November 20, 2010

Printer Friendly Version

| Cooks' Tools | | Item | Price | Requested | Still Need | Status | Quanti |
|---|---|---|---|---|---|---|---|
| | Angled Dripless Bulb Baster<br>*Exclusive* | 7068505 | $18.00 | 1 | 1 | Available | ☐ |
| | Peugeot u'Select Daman Acrylic Pepper Mill, 8 1/4" | 1481555 | $70.00 | 1 | 1 | Available | ☐ |
| | Peugeot u'Select Daman Acrylic Salt Mill, 8 1/4" | 1481563 | $70.00 | 1 | 1 | On Backorder until September 01, 2010 | ☐ |
| | Taylor Elite Digital Instant Read Thermometer<br>*Exclusive* | 1419209 | $20.00 | 1 | 1 | Available | ☐ |

| Cookware | | Item | Price | Requested | Still Need | Status | Quanti |
|---|---|---|---|---|---|---|---|
| | Le Creuset Oval Au Gratin, Azure Blue<br>*Exclusive   Internet/Catalog Only* | 5244835 | Sugg. Price: $190<br>Our Price: $140.( | 1 | 1 | Available | ☐ |
| | Le Creuset Rectangular Baker, Small, Azure Blue<br>*Exclusive   Internet/Catalog Only* | 5244892 | Sugg. Price: $165<br>Our Price: $125.( | 1 | 1 | Available | ☐ |
| | Le Creuset Round Dutch Oven, 3 | 5246632 | Sugg. Price: $255 | 1 | 1 | Available | ☐ |



Directory

Search

### BANKRUPTCY



**Marvin S. Rosen**
Mr. Rosen is a member of the Firm's Real Estate and Financial Recovery-Workouts Practice Groups... More »

| | | | |
|---|---|---|---|
| Allison, Thomas C.<br>Associate | 954-527-2425<br>Ft. Lauderdale | thomas.allison@ruden.com<br>vCard | |
| Bakst, Michael R.<br>Partner | 561-838-4523<br>West Palm Beach | michael.bakst@ruden.com<br>vCard | |
| Fender, G. Steven<br>Of Counsel | 561-838-4509<br>West Palm Beach | steven.fender@ruden.com<br>vCard | |
| Neufeld, Marla<br>Associate | 561-838-4537<br>West Palm Beach | marla.neufeld@ruden.com<br>vCard | |
| Wood, David S.<br>Partner | 407-244-8022<br>Orlando | david.wood@ruden.com<br>vCard | |

© 2010 Ruden McClosky, All Rights Reserved | Disclaimer | Privacy Policy | Site Map | Contact Us | Site by Firmseek



DEFENDANT'S EXHIBIT
B



## FOR IMMEDIATE RELEASE

Media Contact:  Martha Lord
Ruden McClosky
(954) 527-6214

### ATTORNEY G. STEVEN FENDER JOINS RUDEN McCLOSKY IN WEST PALM BEACH

WEST PALM BEACH, FLA., OCT. 1, 2009 -- The law firm of Ruden McClosky is pleased to announce that G. Steven Fender Esq. has joined the firm as Of Counsel in the Bankruptcy and Litigation Practice Groups. Mr. Fender is resident in the firm's West Palm Beach office located at 222, Lakeview Ave., Suite 800.

Fender focuses his practice on bankruptcy and commercial litigation matters, in both state and federal courts. He has represented clients across the United States in a variety of employment disputes, shareholder negotiations and disputes, contract claims, unfair competition litigation, intellectual property, business tort and contract matters. He has also handled numerous appeals in both state and federal court systems. Prior to joining Ruden McClosky, Fender practiced with Litchford & Christopher, PA, in Orlando, for more than 14 years.

Fender is admitted to The Florida Bar and is licensed to practice before the U. S. District Courts, Northern, Southern and Middle Districts of Florida as well as the U.S. Court of Appeals for the Eleventh and Federal Circuits. He is active in The Florida Bar, and has served in a variety of leadership capacities. Most recently, his peers appointed him as Chair of the State/Federal Judicial Liaison Committee for the Business Law Section of The Bar. He previously completed a one-year term of service as Chair of the Business Litigation Committee. He currently serves on the Business Law Section's Executive Council.

An AV rated attorney, Fender earned his law degree from the University of Florida Levin College of Law (J.D., *with high honors*, 1995) and is a member of the Order of the Coif. He is a graduate of Duke University (A.B., *magna cum laude* and *with distinction*, 1992).

Ruden McClosky, now in its 50th year, is a full-service Florida law firm with 11 offices throughout the State. Locations include Boca Raton, Ft. Lauderdale, Miami, Naples, Orlando, Port St. Lucie, Sarasota, St. Petersburg, Tallahassee, Tampa and West Palm Beach. For more information please visit us on the web at www.ruden.com.

###

RUDEN, McCLOSKY, SMITH, SCHUSTER & RUSSELL, P.A.

*Years of Commitment to Clients and Community*

BOCA RATON • FT. LAUDERDALE • MIAMI • NAPLES • ORLANDO • PORT ST. LUCIE • SARASOTA • ST. PETERSBURG • TALLAHASSEE • TAMPA • WEST PALM BEACH



### AREAS OF PRACTICE

- BANKRUPTCY
- LITIGATION - CIVIL
    - Commercial Litigation
    - Consumer Law, Creditors Remedies and Bankruptcy
    - Labor & Employment Litigation

### EDUCATION

- J.D., *with high honors*, Order of the Coif, University of Florida Levin College of Law, 1995
- A.B., *magna cum laude, with distinction*, Duke University, 1992

### BAR ADMISSIONS

- Florida

### COURT ADMISSIONS

- U.S. District Court, Northern, Southern and Middle Districts of Florida
- U.S. Court of Appeals, Eleventh Circuit
- U.S. Court of Appeals, Federal Circuit

### MEMBERSHIPS

- Florida Bar Judicial Liaison Committee for the State Court/Federal Court of the Business Law Section, Chair
- Florida Bar Business Litigation Committee, former Chair



## G. STEVEN FENDER, OF COUNSEL

222 Lakeview Avenue
Suite 800
West Palm Beach, FL 33401

TEL: 561-838-4509
FAX: 561-514-3409

Mr. Fender focuses his practice on bankruptcy and commercial litigation matters, in both state and federal courts. He has represented clients across the United States in a variety of employment disputes, shareholder negotiations and disputes, contract claims, unfair competition litigation, intellectual property, business tort and contract matters. He has also handled numerous appeals in both state and federal court systems. Prior to joining Ruden McClosky, Mr. Fender practiced with Litchford & Christopher, PA, in Orlando, for more than 14 years.

Mr. Fender is active in The Florida Bar, and has served in a variety of leadership capacities. Most recently, his peers appointed him Chair of the State/Federal Judicial Liaison Committee for the Business Law Section of The Bar. He previously completed a one-year term as Chair of the Business Litigation Committee, and currently serves on the Business Law Section's Executive Council.

Mr. Fender is AV rated by Martindale-Hubbell.



### NEWS

- Attorney G. Steven Fender Joins Ruden McClosky

© 2010 Ruden McClosky, All Rights Reserved | Disclaimer | Privacy Policy | Site Map | Contact Us | Site by Firmseek