UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re

Case No. 08-17980-BKC-JKO

Trafford Distributing Center, Inc.
a/k/a *Trafford Distribution Center, Inc.*,

Chapter 7

    Debtor.
_____/

Soneet R. Kapila, *Chapter 7 Trustee*,

    Plaintiff,

-v-

Adv. Proceeding No. 08-01793-JKO

Barbara Wortley,

    Defendant.
_____/

Emergency Motion of Thomas R. Julin, Jamie Z. Isani & Matthew
<u>Mannering to Withdraw as Counsel for Defendant Barbara Wortley</u>

(Hearing Requested on or Prior to August 26, 2010)

Statement of Exigent Circumstances - Circumstances recently have arisen necessitating the filing of this motion to withdraw. The motion should be heard prior to the hearing set for Thursday, August 26, 2010, on the Defendant's Motion to Alter or Amend the Final Judgment (DE 224), so that undersigned counsel is not required to provide further representation of the client under these circumstances.

Thomas R. Julin, Jamie Z. Isani, and Matthew Mannering of Hunton & Williams LLP move pursuant to Southern District of Florida Bankruptcy Rule 2091-1, Southern District of Florida 11.1(d)(3) and Florida Bar Rule 4-1.16(b)(1) to withdraw as attorneys for defendant Barbara Wortley in this adversary proceeding.

<u>Memorandum of Law</u>

Florida Bar Rule 4-1.16(b)(1) provides that except when otherwise ordered by a Court, a lawyer may withdraw from representing a client if "withdrawal can be accomplished without material adverse effect on the interests of the client." Southern District of Florida Bankruptcy

Rule 2091-1 and Southern District of Florida 11.1(d)(3) allow an attorney to withdraw after notice has been provided to the client and the other parties.

Withdrawal can be accomplished without material effect on the interests of the client. Undersigned counsel was retained in order to assist in the preparation of the Motion to Alter or Amend the Final Judgment. Undersigned counsel prepared and filed the Motion (DE 224) and the Motion has been fully briefed. Subsequent to the briefing, events occurred necessitating the filing of this motion.

Today, August 24, 2010, the defendant filed a motion (DE 233) that seeks disqualification of the trial judge and to continue the hearing that is scheduled on that Motion to Alter or Amend the Judgment for Thursday, August 26, 2010, at 1:30 p.m.

If this Motion to Withdraw is granted, Mrs. Wortley's trial counsel, Robert Sweetapple and Douglas Broeker of the law firm Sweetapple, Broeker & Varkas, P.L. will remain as her counsel. In addition, if the hearing on the Motion to Amend or Alter the Judgment is continued, Mrs. Wortley will be able to retain additional counsel to replace undersigned counsel, if that is regarded as necessary or appropriate by her.

Notice of this motion has been served on the client and the parties in interest entitled to notice. The client has authorized and asked undersigned counsel to represent that she does not consent to their withdrawal from her representation in connection with the Motion to Alter or Amend the Judgment although she does not object to their withdrawal from other aspects of the case. Undersigned counsels' view is that they cannot participate in only certain aspects of the case and must withdraw from the entire case.

## Conclusion

This motion should be granted. A proposed order granting this motion is attached.

Respectfully submitted,

**I HEREBY CERTIFY** that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**HUNTON & WILLIAMS LLP**
Attorneys for Defendant Barbara Wortley
1111 Brickell Avenue Suite 2500
Miami, FL 33131
305-810-2516 Fax 1610

/s/ Matthew Mannering
Thomas R. Julin (FBN 325376)
Jamie Z. Isani (FBN 728861)
Matthew Mannering (FBN 0039300)

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2010, a true and correct copy of the foregoing was served on all parties identified on the attached Service List either via transmission of Notice of Electronic Filing generated by CM/ECF and/or by U.S. Mail, postage prepaid, for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Matthew Mannering
Matthew Mannering

SERVICE LIST

Ms. Barbara Wortley
456 Alexander Palm Road
Boca Raton, Florida 33432

Michael Bakst, Esq.
Ruden McClosky P.A.
Attorneys for Soneet R. Kapila
222 Lakeview Avenue - Suite 800
West Palm Beach, FL 33401
(561) 838-4500 fax 4545

Paul J. Battista, Esq.
Genovese Joblove & Battista, P.A.
Attorneys for Defendant Barbara Wortley
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Florida Bar No. 884162
pbattista@gjb-law.com
aday@gjb-law.com

Douglas C. Broeker
Florida Bar No. 306738
Robert A. Sweetapple
Florida Bar No. 296988
Sweetapple, Broeker & Varkas, P.L.
Attorneys for Defendant Barbara Wortley
777 Brickell Ave, Suite 600
Miami, Florida 33131
(305) 374-5623 Office
(305) 358-1023 Facsimile