UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Case No. 08-17980-BKC-JKO |
| Trafford Distributing Center, Inc. *a/k/a Trafford Distribution Center, Inc.*, | Chapter 7 |
| Debtor._____/ | |
| Soneet R. Kapila, *Chapter 7 Trustee*, | |
| Plaintiff, | |
| -v- | Adv. Proceeding No. 08-01793-JKO |
| Barbara Wortley, | |
| Defendant._____/ | |

**Emergency Motion of Paul J. Battista, Esq., Allison R. Day, Esq.
and the Law Firm of Genovese Joblove & Battista, P.A. to Withdraw
<u>as Counsel for Defendant Barbara Wortley</u>**

(Hearing Requested on or Prior to August 26, 2010)

**Statement of Exigent Circumstances**

Circumstances recently have arisen necessitating the filing of this motion to withdraw. This motion should be heard prior to the hearing set for Thursday, August 26, 2010, on the Defendant's Motion to Alter or Amend the Final Judgment (DE 224), so that undersigned counsel is not required to provide further representation of the client under these circumstances.

Paul J. Battista, Esq., Allison R. Day, Esq., and the law firm of Genovese Joblove & Battista, P.A. move pursuant to Southern District of Florida Bankruptcy Rule 2091-1, Southern District of Florida Rule 11.1(d)(3) and Florida Bar Rule 4-1.16(b)(1) to withdraw as attorneys for defendant Barbara Wortley in this adversary proceeding, and in support, state:

1. Florida Bar Rule 4-1.16(b)(1) provides that except when otherwise ordered by a Court, a lawyer may withdraw from representing a client if "withdrawal can be accomplished without material adverse effect on the interests of the client." Pursuant to Southern District of Florida Bankruptcy Rule 2091-1 and Southern District of Florida Rule 11.1(d)(3), an attorney is allows to withdraw after notice has been provided to the client and the other parties.

2. Withdrawal can be accomplished without material effect on the interests of the client. Undersigned counsel was retained in order to assist in the preparation of the Motion to Alter or Amend the Final Judgment. Undersigned counsel worked with other counsel to Mrs. Wortley to prepare and file the Motion to Alter or Amend the Judgment (DE 224) and such Motion has been fully briefed. Subsequent to the briefing, events occurred necessitating the filing of this Motion to Withdraw.

3. Today, August 24, 2010, the defendant filed a motion (DE 233) that seeks disqualification of the trial judge and to continue the hearing that is scheduled on that Motion to Alter or Amend the Judgment for Thursday, August 26, 2010, at 1:30 p.m.

4. If this Motion to Withdraw is granted, Mrs. Wortley's trial counsel, Robert Sweetapple and Douglas Broeker of the law firm Sweetapple, Broeker & Varkas, P.L. will remain as her counsel. In addition, if the hearing on the Motion to Amend or Alter the Judgment is continued, Mrs. Wortley will be able to retain additional counsel to replace undersigned counsel, if that is regarded as necessary or appropriate by her.

5. Notice of this motion has been served on the client and the parties in interest entitled to notice. The client has authorized and asked undersigned counsel to represent that she does not consent to their withdrawal from her representation in connection with the Motion to Alter or Amend the Judgment although she does not object to their withdrawal from other

aspects of the case. Undersigned counsels' view is that they cannot participate in only certain aspects of the case and must withdraw from the entire case.

WHEREFORE Paul J. Battista, Esq., Allison R. Day, Esq., and the law firm of Genovese Joblove & Battista P.A. respectfully request that the Court enter an order substantially in the form attached hereto authorizing their withdrawal as attorneys for Defendant Barbara Wortley, and granting such other and further relief as is proper.

Respectfully Submitted,

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)**

GENOVESE JOBLOVE & BATTISTA, P.A.
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By:   /s/ Paul J. Battista, Esq.
        Paul J. Battista, Esq.
        Florida Bar No. 884162
        pbattista@gjb-law.com
        Allison R. Day, Esq.
        Florida Bar No. 494097
        aday@gjb-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served (i) on August 24, 2010 via CM/ECF upon all parties registered to receive Notices of Electronic Filing in these matters, and (ii) on August 25, 2010 via U.S. Mail, postage prepaid, on the parties listed on the attached service list.

/s/ Paul J. Battista
Paul J. Battista

## SERVICE LIST

Mrs. Barbara Wortley
456 Alexander Palm Road
Boca Raton, Florida 33432

Michael Bakst, Esq.
Ruden McClosky P.A.
Attorneys for Soneet R. Kapila
222 Lakeview Avenue - Suite 800
West Palm Beach, FL 33401

Matthew A Mannering, Esq.
Hunton & Williams, LLP
1111 Brickel Ave # 2500
Miami, FL 33131
(305) 810-2500

Douglas C. Broeker, Esq.
Robert A. Sweetapple, Esq.
Sweetapple, Broeker & Varkas, P.L.
Attorneys for Defendant Barbara Wortley
777 Brickell Ave, Suite 600
Miami, Florida 33131

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re                                                                                                    Case No. 08-17980-BKC-JKO

Trafford Distributing Center, Inc.
*a/k/a Trafford Distribution Center, Inc.*,                                    Chapter 7

    Debtor.
_____/

Soneet R. Kapila, *Chapter 7 Trustee*,

    Plaintiff,
-v-                                                                                                      Adv. Proceeding No. 08-01793-JKO

Barbara Wortley,

    Defendant.
_____/

**Order Granting Withdrawal of Paul J. Battista, Esq., Allison R. Day, Esq. and the Law Firm of Genovese Joblove & Battista, P.A. as Counsel for Defendant Barbara Wortley**

    This cause came before the Court on August ___. 2010, on the motion pursuant to Southern District of Florida Bankruptcy Rule 2091-1, Southern District of Florida 11.1(d)(3) and Florida Bar Rule 4-1.16(b)(1) of Paul J. Battista, Esq., Allison R. Day, Esq. and the law firm of Genovese Joblove & Battista, P.A. (collectively, "GJB") to withdraw as counsel for defendant

Barbara Wortley [D.E. # __] (the "Motion to Withdraw").  The Court, upon consideration of the Motion to Withdraw, finds that the relief requested is appropriate pursuant to Southern District of Florida Bankruptcy Rule 2091-1, Southern District of Florida 11.1(d)(3) and Florida Bar Rule 4-1.16(b)(1).  Accordingly, it is

ORDERED that:

1. The Motion to Withdraw is GRANTED.
2. GJB is authorized to withdraw as counsel to Defendant Barbara Wortley and is relieved of all further responsibilities in this matter.

###

Submitted by:
Paul J. Battista, Esq.
Genovese Joblove & Battista, P.A.
100 South East Second Street, 44th Floor
Miami, Florida 33131
Telephone:  (305) 349-2300
Facsimile:   (305) 349-2310


Copy to: Paul J. Battista, Esq.
(Attorney Battista is directed to serve a copy of this Order on all parties in interest)